1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11 | SHANE ALLEN EDWARDS,

12 |      Plaintiff,

13 |      v.

14 | COMMISSIONER OF SOCIAL SECURITY,

15 |      Defendant.

16

17

Case No.  1:23-cv-00716-SAB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM

(ECF No. 2)

18      Plaintiff Shane Allen Edwards ("Plaintiff") filed a complaint on May 10, 2023,

19 challenging a final decision of the Commissioner of Social Security denying an application for

20 disability benefits.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead

21 filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)

22 The Court finds Plaintiff's application demonstrates entitlement to proceed without prepayment

23 of fees.

24      Therefore, the Court shall order that the complaint in this action be served, pursuant to

25 paragraph 1 of the scheduling order to be issued in this action, which provides that service of the

26 Defendant shall proceed under the Court's E-service program.

27      Accordingly, IT IS HEREBY ORDERED THAT:

28      1.     Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED;

1    2.    The Clerk of the Court is DIRECTED to issue a summons and new case

2          documents; and

3    3.    The Clerk of the Court is DIRECTED to deliver to the Commissioner of Social

4          Security Administration and the United States Attorney's Office at their

5          designated email addresses, a notice of electronic filing of this action along with

6          the summons and complaint.

7

IT IS SO ORDERED.

8

9    Dated:    **May 11, 2023**

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2