# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE ALLEN EDWARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:23-cv-00716-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 14) |

On August 31, 2023, the Defendant filed a stipulated motion for an extension of time to file its opposition brief and cross-motion for summary judgment. (ECF No. 14.) The Court finds good cause to grant the first requested extension of the deadline from September 7, 2023, to October 9, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 14) is GRANTED;
2. Defendant shall have until **October 9, 2023**, to file the opposition brief and cross-motion for summary judgment; and

/ / /

/ / /

/ / /

/ / /

1

3.   Plaintiff's optional reply brief shall be due on or before October 30, 2023.

IT IS SO ORDERED.

Dated:  **August 31, 2023**

UNITED STATES MAGISTRATE JUDGE